# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ALBERT EBRON,

        Plaintiff,                        Case Number: 06-CV-15016

v.                                          HON. JOHN CORBETT O'MEARA

MONROE COUNTY JAIL, ET AL.,

        Defendants.
                                           /

## ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT

      Plaintiff Albert Ebron filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Now before the Court is Plaintiff's Motion to Amend Complaint. Plaintiff wishes to amend the complaint to identify the defendant as the Monroe County Jail. In an Order to Correct Deficiency issued by the Court on November 14, 2006, the Macomb County Jail was listed as a named defendant. This was a clerical error. The official court docket correctly reflects the Monroe County Jail as a named defendant. Therefore, it is unnecessary for Plaintiff to amend his complaint and the motion is DENIED.

      SO ORDERED.


                                                        s/John Corbett O'Meara
                                                        United States District Judge

Dated: January 25, 2007

I hereby certify that a copy of the foregoing document was served upon plaintiff on this date, January 25, 2007, by ordinary mail.

                                                                  s/William Barkholz
                                                                  Case Manager