UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ALBERT EBRON,

        Plaintiff,        CIVIL ACTION NO. 06-15016
                                        HON. JOHN CORBETT O'MEARA

v.


MONROE COUNTY JAIL, et al.,

        Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE MORGAN'S
REPORT AND RECOMMENDATION

    The Court having reviewed Magistrate Judge Morgan's Report and Recommendation, filed January 04, 2008, as well as any objections thereto filed by the parties, and being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

    IT IS FURTHER ORDERED that Defendants' Motion to Dismiss and/or for Summary Judgment, filed September 12, 2007 is GRANTED.


                                                      s/John Corbett O'Meara
                                                      United States District Judge


Date: January 29, 2008

Certificate of Service

      I hereby certify that the foregoing order was served upon the parties of record on January 29  2008, by electronic and/or U.S. mail.

                                        s/William Barkholz
                                        Case Manager